UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SCOTT RAMEY,

    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

NO. CV-04-0221-RHW

**ORDER DISMISSING CASE AND CLOSING FILE**

Before the Court is the parties' Stipulated Order for Voluntary Dismissal (Ct. Rec. 10). The parties request that the above-captioned case be dismissed with prejudice and without cost to either party.

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Order for Voluntary Dismissal (Ct. Rec. 10) is **GRANTED**.

2. The above-captioned case is **DISMISSED**, with prejudice and without cost to either party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, provide copies to counsel, and **close** the file.

**DATED** this 23rd day of August 2005.

                s/ ROBERT H. WHALEY
                Chief United States District Judge

Q:\CIVIL\2004\Ramey\dismiss.wpd

**ORDER DISMISSING CASE AND CLOSING FILE** ~ 1